March 28, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

SHEILA G. WILSON, Appellant

NO. 14-13-00030-CV                    V.

TEXAS DEPARTMENT OF AGING & DISABILITY SERVICES AND
BRENDA BROOKS, INDIVIDUALLY AND IN HER CAPACITY AS
SUPERVISOR, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 1, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sheila G. Wilson.

We further order this decision certified below for observance.